# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| VS. | : | 1 : 07-CR-16 (WLS) |
| THOMAS L. LOVE, | : | |
| Defendant. | : | |

## RECOMMENDATION

The Defendant THOMAS L. LOVE entered a guilty plea to bank robbery by force or violence, in violation of 18 U.S.C. § 2113(a) and (d) and 18 U.S.C. § 2, on September 21, 2007. (Docs. 38, 39, 40). On March 5, 2008, the Court sentenced Defendant Love to 121 months imprisonment, followed by 5 years supervised release. (Doc. 66). As part of his plea agreement, the Defendant agreed to waive any right to appeal or other collateral review of his sentence. (Doc. 39, ¶ 3, H).

On June 11, 2010, and again on August 26, 2010, the Defendant filed a Motion for Relief from Judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, seeking review and reduction of his sentence. However, "Rule 1 of the Federal Rules of *Civil* Procedure unambiguously provides that '[t]hese rules govern the procedure in the United States district courts in all suits of a civil nature' . . . Rule 60(b) simply does not provide for relief from judgment in a criminal case". *United States v. Mosavi*, 138 F.3d 1365, 1366 (11th Cir. 1998) (*emphasis in the original*). Accordingly, the Defendant's Motion for Relief from Judgment pursuant to Rule 60(b) is without merit and it is the recommendation of the undersigned that this

motion be **DENIED**.  Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN FOURTEEN (14) DAYS after being served with a copy of this recommendation.

**SO RECOMMENDED**, this 2nd day of November, 2010.

s/ ***THOMAS Q. LANGSTAFF***

UNITED STATES MAGISTRATE JUDGE

asb